# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 25-mj-00106-TSM |
| : | |
| **KOBE CHEN** : | |
| : | |
| **Defendant.** : | |

## MOTION TO DISMISS THE COMPLAINT

The United States respectfully moves to dismiss the complaint under Rule 48 of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        JOHN J. MCCORMACK
        ACTING UNITED STATES ATTORNEY

By:    /s/ Anna Z. Krasinski
        ANNA Z. KRASINSKI
        Assistant United States Attorney
        New Hampshire Bar No. 276778
        United States Attorney's Office
        (603) 451-7851
        anna.krasinski@usdoj.gov